FILED
United States Court of Appeals
Tenth Circuit

December 27, 2010

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

In re: FARMERS INSURANCE
COMPANY, INC.; FIRE
INSURANCE EXCHANGE; FIRE
UNDERWRITERS ASSOCIATION;
FARMERS GROUP, INC.;
MID-CENTURY INSURANCE
COMPANY; FARMERS
INSURANCE EXCHANGE,

    Petitioners.

No. 10-704

---

**ORDER**

---

Before **MURPHY**, **LUCERO**, and **TYMKOVICH**, Circuit Judges.

---

    This matter is before the court on the defendants' petition for permission to appeal the district court's order granting the plaintiff's motion to modify the plaintiff class. *See* Fed. R. App. P. 5; Fed. R. Civ. P. 23(f). The decision whether to grant the petition is purely discretionary. *See* Fed. R. Civ. P. 23(f); *Vallario v. Vandehey*, 554 F.3d 1259, 1262 (10th Cir. 2009) (this discretion is "'unfettered and akin to the discretion exercised by the Supreme Court in acting on a petition for certiorari.'") (quoting Fed. R. Civ. P. 23(f) advisory committee's note).

    Upon a careful review of the materials filed with this court and the

applicable law, we conclude that this matter is not appropriate for immediate review. None of the concerns noted by this court to justify an interlocutory appeal is present here. *Id*. at 1263-64.

Accordingly, the petition for permission to appeal is **DENIED**.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

*[signature]*

Ellen Rich Reiter
Deputy Clerk/Jurisdictional Attorney